IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

IN RE: )
)
THE NEWSOUTH CORPROATION ) Case No. 06-07339-kml-7
)
Debtor. )

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

LARRY EDMONDSON, Trustee, of this bankruptcy estate, reports the following:

1. Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. Section 726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks and the last known address of the payees are:

| Grade, LLC | 1537 ASHLAND CITY RD CLARKSVILLE, TN 37040-6400 | $7844.01 |
| --- | --- | --- |
| Earls Signs & Supplies | 1308 College Street Clarksville, TN 37040 | $38.98 |
| Tennessee Rentals-Volvo | 1809 Dabbs Avenue Nashville, TN 37210 | $5595.92 |
| BB&T Insurance | PO Box 1847 Wilson, NC 27894 | $262.63 |

2. The Trustee's check for $13,741.54, payable to the Clerk of the U.S. Bankruptcy Court, is attached to this report.

Respectfully submitted,

s/ T. Larry Edmondson
T. LARRY EDMONDSON
Chapter 7 Trustee
800 Broadway, 3rd Floor
Nashville TN 37203
Ph: (615) 254-3765
Fax: (615) 254-2072
larryedmondson@live.com



**Union Bank**    CASHIER'S CHECK - CUSTOMER COPY    0982060230    16-49 / 1220

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
69062   010

◇◇◇◇◇◇◇**13,741.54**

Thirteen Thousand Seven Hundred Forty One Dollars And Fifty Four Cents    October 24, 2014

PAY TO THE ORDER OF    ************** MIDDLE DISTRICT OF TENNESSE BANKRUPTCY COURT CLERK **************    $ *****13,741.54

REMITTER: BK ESTATE OF THE NEWSOUTH CORP INC. C#06-07339- L EDMONDSON

**STOPPING PAYMENT ON A CASHIER'S CHECK IS RESTRICTED BY STATUTE**
Pursuant to UCC §3312(b)1, claims for lost, stolen, or destroyed cashier's checks will not be paid until the 91st day after the original issue date of the check.

**NON-NEGOTIABLE**

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

CASHIER'S CHECK    0982060230    16-49 / 1220

Union Bank
MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
69062   010

◇◇◇◇◇◇◇**13,741.54**

Thirteen Thousand Seven Hundred Forty One Dollars And Fifty Four Cents    October 24, 2014

PAY TO THE ORDER OF    ************** MIDDLE DISTRICT OF TENNESSE BANKRUPTCY COURT CLERK **************    $ *****13,741.54

REMITTER: BK ESTATE OF THE NEWSOUTH CORP INC. C#06-07339- L EDMONDSON

(AUTHORIZED SIGNATURE)

FORM 00256-T3 (08/23/2003)    Overlay ID 00247-T3 (08/2007)

⑆0982060230⑆ ⑈122000496⑈ 0566000006⑈